## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**TYRICE JEFFERSON**                                                                                               **PLAINTIFF**

**V.**                                                                                             **NO. 4:20-CV-209-DMB-DAS**

**CITY OF GREENVILLE, et al.**                                                                 **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 7th day of December, 2020.

                                                              **/s/Debra M. Brown**
                                                              **UNITED STATES DISTRICT JUDGE**