IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TYRICE JEFFERSON                                                               PLAINTIFF

VS.                                     CIVIL ACTION NO. 4:20-cv-209-GHD-DAS

CITY OF GREENVILLE, MISSISSIPPI, ET AL.                  DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Based on the Stipulation filed by the parties, the Court finds that all parties and claims shall be dismissed with prejudice and that this case shall be closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement referenced in the Stipulation.

SO ORDERED AND ADJUDGED, this the 11th day of May, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____      /s/ Jason T. Marsh
MICHAEL S. CARR                             G. TODD BUTLER
                                                          JASON T. MARSH
*ATTORNEY FOR PLAINTIFF*              *ATTORNEYS FOR DEFENDANTS*